**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| EAGLES DB RANCH, LLC | * | Case No. 26-51524-RMM |
| Debtor | * | |
| | * | Chapter 7 |
| DAPHNE LEWIS, | * | |
| Movant | * | |
| v. | * | |
| | * | |
| EAGLES DB RANCH, LLC, | * | |
| Respondent | * | |

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND WAIVER OF 30 DAY REQUIREMENT**

DAPHNE LEWIS HAS FILED DOCUMENTS WITH THE COURT ON A MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND WAIVER OF THE 30 DAY REQUIREMENT.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. **If you do not have an attorney, you may wish to consult one.** If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion [or other type of pleading] may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.

**If you do not want the court to grant relief from the automatic stay, or if you want the court to consider your views on the motion, then you or your attorney shall attend the hearing scheduled to be held on**

October 29, 2026 at 10:30 a.m. at the U.S. Bankruptcy Court,
Courtroom A, 433 Cherry Street, Macon, GA 31201

Parties should consult the court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.**

**This notice is sent by the undersigned pursuant to LBR 9007-1(c).**

DATED: September 22, 2026.

*/s/ Daniel L. Wilder*

DANIEL L. WILDER
ATTORNEY FOR MOVANT
544 MULBERRY STREET, STE. 800
MACON, GEORGIA 31201
TELEPHONE: (478) 745-5415
EMAIL: bkydept@goodmanlaw.org

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| EAGLES DB RANCH, LLC<br>Debtor | * | Case No. 26-51524-RMM |
| | * | |
| | * | Chapter 7 |
| DAPHNE LEWIS,<br>Movant | * | |
| v. | * | |
| | * | |
| EAGLES DB RANCH, LLC,<br>Respondent | * | |

MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF 30-DAY HEARING REQUIREMENT

COMES NOW, DAPHNE LEWIS, and files this its Motion for Relief from the Stay; for Adequate Protection Payments and Waiver of these proceedings and respectfully shows the Court the following:

1.

This motion is made under Section 362(d) of the Bankruptcy Code for relief from the existing stay for the purpose of proceeding with foreclosing its interest in real estate.

2.

Movant asserts it has a Security Deed on real property known as 26B Cabero Road, Hawkinsville, GA 31036.

3.

The Movant asserts the debtors' Chapter 7 proceeding was filed with the court on August 28, 2026.

4.

Movant asserts the debtor has defaulted in making the required payments to Daphne Lewis. Movant asserts that she has not received any payments on the Note.

5.

The movant asserts that because of the debtor's failure to make the payments when due, the Movant, is not adequately protected in its security interest.

6.

Petitioner asserts the debtor has not acted in good faith with the petitioner nor with the Court, therefore being entitles to relief from the automatic stay provisions of the Bankruptcy Code in order to proceed with remedies provided by law.

7.

Good cause exists, including the lack of adequate protection, to grant Daphne Lewis relief from the automatic stay.

8.

Movant asserts its collateral is depreciating through use and over time at a rate exceeding the amount being paid by the debtor on his indebtedness.

9.

In the event a hearing cannot be held within thirty (30) days from the date of filing said motion, Movant, by and through its counsel, waives this requirement and agrees to the next earliest possible date, as evidenced by the signature below.

10.

Movant requests that the provisions of Bankruptcy Rule 4001(a)(4) be waived.

WHEREFORE, Movant, respectfully requests:

(a) That there be an Order issued relieving it from the stay and authorizing the Movant to proceed with the remedies provided by law;

(b) That Movant be awarded costs and attorney's fees for this action; and

(c) That Movant have such other and further relief as is just and proper.

*/s/ Daniel L. Wilder*
DANIEL L. WILDER
State Bar No. 141448
Attorney for Movant

EMMETT L. GOODMAN, JR., LLC
544 Mulberry Street, Suite 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org

CERTIFICATE OF SERVICE

I, Daniel L. Wilder, do certify that I have served the debtors, debtors' attorney, and the Chapter 13 Trustee with a true and correct copy of the within and foregoing Motion for Relief. All parties have been served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon.

Eagles DB Ranch, LLC
26 B Cabero Road
Hawkinsville GA 31036

Calvin L. Jackson (via electronic notice)
P.O. Box 7221
Warner Robins GA 31095

Mr. Walter W. Kelley (via electronic notice)
Chapter 7 Trustee
P. O. Box 70879
Albany GA 31708

This 22nd day of September, 2026.

*/s/ Daniel L. Wilder*
DANIEL L. WILDER
State Bar No. 141448
Attorney for Movant

EMMETT L. GOODMAN, JR., LLC
544 Mulberry Street, Suite 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org