**SO ORDERED.**

**SIGNED this 2 day of November, 2026.**

**Robert M. Matson**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE: CHAPTER 7

EAGLES DB RANCH, LLC, CASE NO. 26-51524-RMM
Debtor(s)

DAPHNE LEWIS,
Movant

v.

EAGLES DB RANCH, LLC,
Respondent(s)

ORDER ON MOTION FOR RELIEF FROM STAY

The above styled Motion having come on before the Court for hearing on the 29th day of October, 2026, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest;

IT IS HEREBY ORDERED AND ADJUDGED that the 11 U.S.C. Section 362(a) stay regarding any and all creditor action is lifted by this Court as to Daphne Lewis,

Movant herein, its successors and assigns, regarding the real property known as 26B Cabero Road, Hawkinsville, GA 31036 and premises of the Debtors described in the Deed to Secure Debt.

FURTHER ORDERED that Movant, its successors and assigns, be allowed to proceed as the holder of the Deed to Secure Debt designated in this case, to assert its rights, including, but not limited to, the institution of foreclosure proceedings, by advertising for foreclosure sale pursuant to the Power of Sale provision contained in the Deed to Secure Debt, and to assert any or all of its respective rights under Georgia law, as to its collateral.

FURTHER ORDERED, upon entry of an Order granting relief from the automatic stay and the subsequent foreclosure of the subject property, the Movant herein shall be authorized to file an unsecured claim for any deficiency balance remaining.

FURTHER ORDERED, the Movant is hereby relieved from the requirements pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(4) and this Order shall be effective upon the entry thereof.

END OF DOCUMENT

PREPARED AND PRESENTED BY:

*/s/ Daniel L. Wilder*
DANIEL L. WILDER, Bar No. 141448
EMMETT L. GOODMAN, JR., LLC
Attorney for Movant
544 Mulberry Street, Ste. 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org